# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Nagy <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 11-27028 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant