**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David M. Nagy
Geraldine L. Nagy**
Debtor(s)

Bankruptcy Case No.: 11−27028−CMB

Chapter: 13
Docket No.: 119 − 116

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 31st day of January, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/8/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **3/22/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/8/17.**

                                          Carlota M. Bohm
                                          United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 11-27028-CMB
David M. Nagy                                                      Chapter 13
Geraldine L. Nagy
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: kthe                  Page 1 of 3                  Date Rcvd: Jan 31, 2017
                               Form ID: 408                Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db/jdb         +David M. Nagy,    Geraldine L. Nagy,    152 South Bryant Ave.,    Pittsburgh, PA 15202-3853
cr             +United States of America, United States Department,    U. S. Post Office & Courthouse,
                 700 Grant Street, Suite 4000,    Pittsburgh, PA 15219-1956
13232347       +Allegheny General Hospital,    c/o Collection Service Center,    839 5th Avenue,    P.O. Box 560,
                 Pittsburgh, PA 15230-0560
13232346        Allegheny General Hospital,    c/o Collection Service Center,    P.O. Box 560,
                 New Kensington, PA 15068-0560
13237038       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13276300       +BANK OF AMERICA, N.A.,    PO Box 660933,    Dallas, TX 75266-0933
13232348       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13232350       +Bank of America,    Professional Recovery Services,    P.O. Box 1880,    Voorhees, NJ 08043-7880
13232349        Bank of America,    P.O. Box 15026,    PA 19686
13232352       +Bellevue Cardiology,    P.O. Box 28,    Washington, PA 15301-0028
13298659       +Borough of Bellevue,    % Goehring, Rutter & boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6107
13232353       +Borough of Bellevue,    537 Bayne Avenue,    Pittsburgh, PA 15202-3120
13232356       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13232354       +Capital One,    c/o Midland Funding LLC,    425 Eagle Rock Avenue,    Suite 403,
                 Roseland, NJ 07068-1717
13264483        Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
13263202       +Capital One, N.A.,    c/o Creditors Bankruptcy Services,    P.O. Box 740933,
                 Dallas, TX 75374-0933
13232357       +Caring Hands Pediatrics,    P.O. Box 644252,    Pittsburgh, PA 15264-4252
13232360       +Chase Bank,    c/o Ability Recovery Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13237580       +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
13232361       +Citizens Automobile Finance Inc.,    P.O. Box 42113,    Providence, RI 02940-2113
13232362       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13232363        Commonwealth of PA,    Department of Revenue,    Bureau of Individual Taxes,    Department 280432,
                 Harrisburg, PA 17128-0432
13232365        Discover Card,    c/o Weltman Weinberg & Reis LPA,    436 Seventh Ave.,    1400 Koppers Building,
                 Pittsburgh, PA 15219
13232368        Greentree,    500 Landmark Towers,    Saint Paul, MN 55102
13232369        Household Bank,    c/o Phillips and Cohen Associates,    Mail Stop 180 1002,    Justison Street,
                 Wilmington, DE 19801
13260577       +JP Morgan Chase Bank N.A.,    Chase Auto Finance,    201 N. Central Ave, AZ1-1191,
                 Phoenix, AZ 85004-1071
13232370       +Kohl’s,    c/o Progressive Financial Services,    Box 22083,    Tempe, AZ 85285-2083
13249567       +Midland Credit Management, Inc.,    2365 Northisde Drive, Suite 300,    San Diego, CA 92108-2709
13232372       +Neighborcare Home Med Equipment,    P.O. Box 7777,    Philadelphia, PA 19175-0001
13376634        Northgate SD/Bellevue Boro,    c/o PAMS Dept W-83,    336 Delaware Ave,    Oakmont PA 15139-2138
13377935        Northgate School District,    c/o PAMS  Dept L,    336 Delaware Ave,    Oakmont PA 15139-2138
13232373       +Nudelman Nudelman and Ziering,    425 Eagle Rock Avenue,    Roseland, NJ 07068-1787
13232374       +PA Municipal Service,    336 Delaware Ave.,    Dept. U 826,    Oakmont, PA 15139-2138
13239125       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13232377       +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
13232378       +Quest Diagnostics,    P.O. Box 64378,    Baltimore, MD 21264-4378
13232364       ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: Direct Loans,    P.O. Box 7202,    Utica, NY 13504)
14025094        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA  17106-9184
13232379       +UPMC Mercy,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13232382       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13232381       +UPMC Physician Services,    c/o NCO Financial Systems Inc.,    100 Fleet Street,    3rd Floor,
                 Pittsburgh, PA 15220-2928
13232380       +UPMC Physician Services,    c/o Credit Management Co.,    681 Andersen Drive,    Foster Plaza 6,
                 Pittsburgh, PA 15220-2766
13321977        US Departnment of Education,    Direct Loan Servicing Center,    PO BOX 5609,
                 Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Feb 01 2017 01:34:31     Candica LLC,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13298154       +E-mail/Text: bncmail@w-legal.com Feb 01 2017 01:34:31     Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13232358       +E-mail/Text: bk.notifications@jpmchase.com Feb 01 2017 01:34:02      Chase Auto Finance,
                 P.O. Box 5210,    New Hyde Park, NY 11042-5210
13232359       +E-mail/Text: bk.notifications@jpmchase.com Feb 01 2017 01:34:02      Chase Auto Finance,
                 P.O. Box 901076,    Fort Worth, TX 76101-2076
13323646       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 01 2017 01:34:55      Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
```

```
District/off: 0315-2           User: kthe                 Page 2 of 3                    Date Rcvd: Jan 31, 2017
                               Form ID: 408               Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13232366       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 01:24:52      GEMB/Lowe's,   P.O. Box 981400,
                 El Paso, TX 79998-1400
13232367       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 01:24:36      GEMB/Old Navy,   P.O. Box 981400,
                 El Paso, TX 79998-1400
13259819        E-mail/Text: bankruptcy.bnc@ditech.com Feb 01 2017 01:33:59    Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13259820        E-mail/Text: bankruptcy.bnc@ditech.com Feb 01 2017 01:33:59    Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL 60055-0049
13232371       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2017 01:34:24      Midland Credit Management,
                 8875 Aero Drive,   San Diego, CA 92123-2255
13239411        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2017 01:57:50
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
cr              Borough of Bellevue
cr              Duquesne Light Company
cr              Green Tree Consumer Discount Company
13302440*      +Candica, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13232355*      +Capital One,   c/o Midland Funding LLC,   425 Eagle Rock Avenue,   Suite 403,
                 Roseland, NJ 07068-1717
13263203*      +Capital One N.A.,   c/o Creditors Bankruptcy Services,   P.O. Box 740933,
                 Dallas, TX 75374-0933
13232375*      +PA Municipal Service,   336 Delaware Ave.,   Dept. U 826,   Oakmont, PA 15139-2138
13232376*      +PA Municipal Service,   336 Delaware Ave.,   Dept. U 826,   Oakmont, PA 15139-2138
13232351     ##+Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
                                                                                 TOTALS: 5, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Borough of Bellevue jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lauren M. Lamb    on behalf of Joint Debtor Geraldine L. Nagy
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Lauren M. Lamb    on behalf of Debtor David M. Nagy
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Mary F. Kennedy    on behalf of Creditor   Green Tree Consumer Discount Company
               mary@javardianlaw.com, tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul E. Skirtich    on behalf of Creditor   United States of America, United States Department of
               Education Paul.Skirtich@usdoj.gov,
               Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov;megan.farrell@usdoj.gov
```

```
District/off: 0315-2          User: kthe              Page 3 of 3           Date Rcvd: Jan 31, 2017
                              Form ID: 408            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         William E. Miller   on behalf of Creditor   Bank of America, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

         TOTAL: 11