IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 11-27028 -CMB |
| David M. Nagy | ) | Chapter 13 |
| Geraldine L. Nagy, | ) | Docket No. |
| *Debtor(s)* | ) | |
| | ) | |
| David M. Nagy | ) | |
| Geraldine L. Nagy, | ) | |
| *Movant(s)* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 14, 2012 at docket numbers 28 and 29, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.]


March 8, 2017_____                                    /s/ David M. Nagy_____
Date                                                   Debtor



March 8, 2017_____                                    /s/ Geraldine L. Nagy_____
Date                                                   Debtor


Respectfully submitted,

March 8, 2017_____         /s/ Lauren M. Lamb_____
DATE                            Lauren M. Lamb, Esquire
                                Attorney for the Debtor

                                STEIDL & STEINBERG
                                Suite 2830, Gulf Tower
                                707 Grant Street
                                Pittsburgh, PA 15219
                                (412) 391-8000
                                Llamb@steidl-steinberg.com
                                PA I.D. No. 209201

**PAWB Local Form 24 (07/13)**