# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>　　DAVID M. NAGY<br>　　GERALDINE L. NAGY<br>　　　　Debtor(s) | Case No. 11-27028CMB |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2011.

2) The plan was confirmed on 02/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/21/2012, 03/10/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/05/2016.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $54,279.68.

10) Amount of unsecured claims discharged without payment: $42,019.41.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $145,927.00 |
| Less amount refunded to debtor | $2,322.98 |

**NET RECEIPTS:** $143,604.02

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,086.82 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,386.82

Attorney fees paid and disclosed by debtor: $800.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA** | Unsecured | 3,913.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Secured | 83,805.10 | 84,574.05 | 0.00 | 59,453.10 | 0.00 |
| BANK OF AMERICA** | Secured | 0.00 | 2,708.01 | 2,708.01 | 2,708.01 | 0.00 |
| BELLEVUE BOROUGH (REFUSE SVC) | Secured | 324.00 | 334.00 | 334.00 | 334.00 | 58.29 |
| BELLEVUE BOROUGH (REFUSE SVC) | Secured | 0.00 | 44.85 | 44.85 | 44.85 | 0.00 |
| BELLEVUE CARDIOLOGY ASSOC++ | Unsecured | 14.25 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 4,673.00 | 3,738.23 | 3,738.23 | 1,934.31 | 0.00 |
| CANDICA LLC | Unsecured | 9,565.00 | 9,093.77 | 9,093.77 | 4,705.48 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 1,013.00 | 1,086.25 | 1,086.25 | 562.07 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 11,279.00 | 918.21 | 918.21 | 475.12 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 1,623.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 2,254.00 | NA | NA | 0.00 | 0.00 |
| CARING HANDS PEDIATRICS PC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*) | Unsecured | 15,500.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE INC(*) | Secured | 5,984.00 | 5,399.69 | 5,399.69 | 5,399.69 | 363.91 |
| COLLECTION SERVICE CENTER INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC | Unsecured | 16.56 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK** | Unsecured | 5,690.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 228.99 | 228.99 | 118.49 | 0.00 |
| GECC/ LOWE'S++ | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| GEMB / OLD NAVY++ | Unsecured | 1,633.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE | Secured | 0.00 | 1,538.38 | 1,538.38 | 1,538.38 | 0.00 |
| GREEN TREE | Secured | 57,351.99 | 58,152.54 | 0.00 | 41,469.94 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 1,200.00 | 1,046.16 | 1,046.16 | 1,046.16 | 44.09 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,194.00 | 1,193.82 | 1,193.82 | 617.73 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| NEIGHBORCARE HME/RT | Unsecured | 21.50 | NA | NA | 0.00 | 0.00 |
| NORTHGATE SD & BELLEVUE BORO | Unsecured | 0.00 | 5,415.63 | 1,083.13 | 1,083.13 | 0.00 |
| NORTHGATE SD & BELLEVUE BORO | Unsecured | 8,000.00 | 4,788.42 | 104.60 | 104.60 | 0.00 |
| NORTHGATE SD & BELLEVUE BORO | Priority | 0.00 | 2,722.93 | 2,722.93 | 2,722.93 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHGATE SD & BELLEVUE BORO | Priority | 0.00 | 4,446.58 | 4,446.58 | 4,446.58 | 0.00 |
| NORTHGATE SD (BELLEVUE) (PERC/ | Priority | NA | 396.00 | 396.00 | 396.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 188.00 | NA | 188.00 | 188.00 | 0.00 |
| PA MUNICIPAL SERVICE CO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 500.00 | 476.49 | 476.49 | 246.55 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 1,210.00 | 1,210.81 | 1,210.81 | 626.52 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 8.78 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| UPMC REHABILITATION | Unsecured | 85.02 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 8,793.00 | 8,753.23 | 8,753.23 | 4,529.27 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $100,923.04 | $0.00 |
| Mortgage Arrearage | $4,246.39 | $4,246.39 | $0.00 |
| Debt Secured by Vehicle | $6,445.85 | $6,445.85 | $408.00 |
| All Other Secured | $378.85 | $378.85 | $58.29 |
| **TOTAL SECURED:** | **$11,071.09** | **$111,994.13** | **$466.29** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,753.51 | $7,753.51 | $0.00 |
| **TOTAL PRIORITY:** | **$7,753.51** | **$7,753.51** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,887.53** | **$15,003.27** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,386.82 |
| Disbursements to Creditors | $135,217.20 |
| **TOTAL DISBURSEMENTS:** | **$143,604.02** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/13/2017                    By: /s/ Ronda J. Winnecour
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**